FILED
July 06, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

TYSON FARRELL,

  Defendant.

Case No. 2:21-cr-00044-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  TYSON FARRELL ,

Case No. 2:21-cr-00044-JAM  Charge 18 USC § 922(g)(1), from custody for the following reasons:

  **X**   Release on Personal Recognizance

  _____   Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

  **X**   (Other): The defendant is to be released on 07/07/2021 at 9:00 AM to the custody and transport of Defense Counsel Timothy Zindel or designee to Well Space Inpatient Treatment Facility.

Issued at Sacramento, California on July 06, 2021 at 3:40 PM.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire