IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Tyson Farrell<br><br>Defendant. | Case №: 2:21-cr-00044-JAM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The Federal Defender would like to panel this case due to workload. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Wray Plummer is appointed to represent the above defendant in this case effective *nunc pro tunc* to November 5, 2021.

This appointment shall remain in effect until further order of this court.

DATED:  November 10, 2021          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

ORDER APPOINTING COUNSEL          1