```
1   TIMOTHY ZINDEL
    P.O. Box 188976
2   Sacramento, CA  95818
    Tel. (916) 704-2665
3   timzindel@gmail,com

4   Attorney for Defendant
    TYSON FARRELL
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00044-JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **AMENDED SUBSTITUTION OF COUNSEL** |
| TYSON FARRELL, | ) |
| Defendant. | ) Judge:   Hon. John A Mendez |

Tyson Farrell respectfully requests that that Wray Plummer be relieved as attorney of record in the above captioned case and that **Timothy Zindel**, PO Box 188976, Sacramento CA 95818, tel. (916)704-2665, be substituted as counsel in the above-entitled case, **APPOINTED** under the Criminal Justice Act.[1]  See E. Dist. Local R. 182(g).

Respectfully Submitted,

Dated:  January 16, 2024                    */s/ T. Zindel for W. Plummer*
                                            WRAYMOND PLUMMER
                                            Attorney for TYSON FARRELL

---

[1]     An earlier version of this substitution, docs. 33-34, erroneously described new counsel as retained.  This clarifies that he is to be appointed under the Criminal Justice Act.

Dated:  January 16, 2024            */s/ Timothy Zindel*
                                                            TIMOTHY ZINDEL

I request this substitution of attorney.

Dated:  January 9, 2024             */s/ T. Farrell*
                                                            TYSON FARRELL
                                                            Defendant

**O R D E R**

The above substitution is hereby **ADOPTED**.

IT IS SO ORDERED.

Dated: January 16, 2024            /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                      SENIOR UNITED STATES DISTRICT JUDGE